# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1916

_____

TRISHA GUGLIELMI,

    Petitioner,

v.

LEONARDO GUGLIELMI,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

June 24, 2019

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick W. Kerns, Orange Park, for Petitioner.

No appearance for Respondent.